No. 22-30697

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

In re VIVEK H. MURTHY; JEN EASTERLY; ROB FLAHERTY; UNITED STATES OF AMERICA,

Petitioners.

On Petition for a Writ of Mandamus to the United States District Court for the Western District of Louisiana

## UNOPPOSED MOTION TO DISMISS MANDAMUS PETITION

BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*

BRANDON BONAPARTE BROWN
  *United States Attorney*

MARK R. FREEMAN
DANIEL TENNY
DANIEL WINIK
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7245*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 305-8849*

## CERTIFICATE OF INTERESTED PERSONS

*In re Vivek H. Murthy, et al.*

A certificate of interested persons is not required, under Fifth Circuit Rule 28.2.1, as petitioners are all governmental parties.  5th Cir. R. 28.2.1.

                                              */s/ Daniel Winik*
                                              Daniel Winik

Pursuant to Federal Rule of Appellate Procedure 42 and Circuit Rule 42.1, the federal government respectfully moves to dismiss this petition for a writ of mandamus, as supplemented, with each party to bear its own costs. The period for preliminary-injunction-related discovery has now closed, and plaintiffs-respondents have informed us that they believe the mandamus petition is moot because they no longer seek the deposition of any additional witnesses in connection with preliminary-injunction-related discovery. Merits discovery has not yet commenced, and any disputes that may arise in connection with merits discovery can be addressed at a future time. Plaintiffs-respondents do not oppose this request.

Respectfully submitted,

BRIAN M. BOYNTON
　*Principal Deputy Assistant Attorney General*

BRANDON BONAPARTE BROWN
　*United States Attorney*

MARK R. FREEMAN
DANIEL TENNY

*/s/ Daniel Winik*
DANIEL WINIK
　*Attorneys, Appellate Staff*
　*Civil Division, Room 7245*
　*U.S. Department of Justice*
　*950 Pennsylvania Avenue NW*
　*Washington, DC 20530*
　*(202) 305-8849*
　*Daniel.L.Winik@usdoj.gov*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 103 words, according to Microsoft Word.

*/s/ Daniel Winik*
Daniel Winik